UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   1:18-cr-20685-KMW

UNITED STATES OF AMERICA

v.

FRANCISCO CONVIT GURUCEAGA,
JOSE VINCENTE AMPARAN CROQUER,
    a.k.a., "Chente,"
CARMELO URDANETA AQUI,
ABRAHAM EDGARDO ORTEGA,
GUSTAVO ADOLFO HERNANDEZ FRIERI,
HUGO ANDRE RAMALHO GOIS,
MARCELO FEDERICO GUTIERREZ ACOSTA Y LARA, and
MARIO ENRIQUE BONILLA VALLERA,

        Defendants.
_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
<u>ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING</u>**

In accordance with Local Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of **Emiliano Martin De Luca, Esq.** of the law firm Kobre & Kim LLP for purposes of appearance as co-counsel on behalf of Defendant Carmelo Urdaneta Aqui in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Emiliano Martin De Luca to receive electronic filings in this case, and in support thereof states as follows:

1.    Emiliano Martin De Luca is not admitted to practice in the Southern District of Florida, and is a member in good standing of the bars of the United States Court of Appeals for the Second Circuit and the United States District Courts for the Southern and Eastern Districts of New York.

2. Movant, Victoria R. Morris, Esq., of the law firm Kobre & Kim LLP, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Emiliano Martin De Luca has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Emiliano Martin De Luca, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Emiliano Martin De Luca at email address: Martin.DeLuca@kobrekim.com.

WHEREFORE, Victoria R. Morris moves this Court to enter an Order allowing Emiliano Martin De Luca to appear before this Court on behalf of Defendant Carmelo Urdaneta Aqui for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Emiliano Martin De Luca.

Dated:   August 31, 2020

Respectfully submitted,

**KOBRE & KIM LLP**

/s/ Victoria R. Morris
Victoria R. Morris, Esq.
Florida Bar No. 125272
Victoria.Morris@kobrekim.com
201 South Biscayne Blvd.
Suite 1900
Miami, FL  33131
Tel: +1 305 967 6100
Fax: +1 305 967 6120

*Attorneys for Carmelo Urdaneta Aqui*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice,* Consent to Designation, and Request to Electronically Receive Notices of Electronic Filings was served via ECF on August 31, 2020, on all counsel of record on the service list.

                                                /s/ Victoria R. Morris
                                                    Victoria R. Morris

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:18-cr-20685-KMW

UNITED STATES OF AMERICA

v.

FRANCISCO CONVIT GURUCEAGA,
JOSE VINCENTE AMPARAN CROQUER,
    a.k.a., "Chente,"
CARMELO URDANETA AQUI,
ABRAHAM EDGARDO ORTEGA,
GUSTAVO ADOLFO HERNANDEZ FRIERI,
HUGO ANDRE RAMALHO GOIS,
MARCELO FEDERICO GUTIERREZ ACOSTA Y LARA, and
MARIO ENRIQUE BONILLA VALLERA,

    Defendants.
_____/

## CERTIFICATION OF EMILIANO MARTIN DE LUCA

I, Emiliano Martin De Luca, Esq., pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certify that (1) I have studied the Local Rules of the United States District Court of the Southern District of Florida; and (2) I am a member in good standing of the bars of the United States Court of Appeals for the Second Circuit and the United States District Courts for the Southern and Eastern Districts of New York.

Emiliano Martin De Luca
New York Bar No. 4894986
Martin.DeLuca@kobrekim.com
800 Third Avenue
New York, New York 10022
Tel.: +1 212 488 1200
Fax.: +1 212 488 1220

*Attorney for Carmelo Urdaneta Aqui*