# MINUTE ORDER

Page 10

## Magistrate Judge Lauren F. Louis

Atkins Building Courthouse - 11th Floor     Date: 8/31/20     Time: 1:30 p.m.

Defendant: Carmelo A. Urdaneta Aqui     J#: 26507-104     Case #: 18-cr-20685-Williams

AUSA: Michael Nadler/Paul Hayden (DOJ)     Attorney: Martin De Luca/Robin Rathmell

Violation: Money Laundering/Interstate and Foreign Travel in Aid of Racketeering Enterprises.     Surr/Arrest Date: 8/31/2020     YOB: 1973

Proceeding: Initial Appearance/Arraignment     CJA Appt:

Bond/PTD Held: ☐ Yes ☑ No     Recommended Bond:

Bond Set at:     Co-signed by:

- ☑ **Surrender and/or do not obtain passports/travel docs**
- ☑ **Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person**
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☑ **Not to encumber property**
- ☑ **May not visit transportation establishments**
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☑ **Travel extended to: S/D OF FLORIDA**
- ☐ Other:

Language: Spanish

Disposition: Defendant advised of rights and charges

STIP 1.5 million Personal Surety Bond secured by 4 properties in the S/D of Florida; cosigned by brother (Louis Urdaneta); the Court inquired of his brother as to him being a cosignor on the bond

Reading of Indictment Waived. Not Guilty plea entered. Jury trial demanded. Standing Discovery Order entered.

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE     Date:     Time:     Judge:     Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:

D.A.R. 13:31:30/LFL_01_8.31.2020 zoom     Time in Court: 40 mins

s/Lauren F. Louis     Magistrate Judge