UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CR-20685-WILLIAMS(s)(s)

UNITED STATES OF AMERICA

v.

CARMELO ANTONIO URDANETA AQUI,

Defendant.

SILVIA REAL ESTATE MANAGEMENT LLC,

Third-Party Petitioner.

## ORDER

THIS CAUSE is before the Court upon motion of the United States of America (the "United States") for approval of the Stipulation and Settlement Agreement on Real Property Located at 225 27th Street, Apts A-F, Miami Beach, Florida 33140 (the "Agreement") between the United States and Silvia Real Estate Management LLC ("Silvia") (collectively, the "Parties"). Being fully advised in the premised and based on the United States' motion and record in this matter, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1.    The United States' Motion To Approve Stipulation and Settlement Agreement on Real Property Located at 225 27th Street, Apts A-F, Miami Beach, Florida 33140 is **GRANTED**.

2.    The Stipulation and Settlement Agreement on Real Property Located at 225 27th Street, Apts A-F, Miami Beach, Florida 33140 entered between the United States and Silvia is **APPROVED**.

3.      The Court will retain jurisdiction over this matter and the Parties to enter such

further orders as may be necessary.


**DONE AND ORDERED**, in Chambers, at Miami, Florida this 28th day of February 2022.


KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

2