UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   1:18-cr-20685-KMW

UNITED STATES OF AMERICA

v.

CARMELO URDANETA AQUI

Defendant.
_____/

### DEFENDANT CARMELO ANTONIO URDANETA AQUI'S
### AMENDED MOTION FOR CONTINUANCE OF SENTENCING

Defendant CARMELO ANTONIO URDANETA AQUI ("Defendant" or "Mr. Urdaneta"), by and through undersigned counsel, respectfully requests that Defendant's sentencing hearing, currently scheduled for June 10, 2022, be continued for two weeks until on or about June 15, 2022.  In support thereof, Defendant states the following:

1. Mr. Urdaneta was charged by Indictment on August 16, 2018 (ECF No. 19).

2. Since August 31, 2020, following his voluntary surrender to the United States from Venezuela, Mr. Urdaneta has been on pretrial release.  To date, he has fully complied with all pretrial release conditions.

3. On July 12, 2021, Mr. Urdaneta was charged by Superseding Information with one count of Conspiracy to Commit Money Laundering in violation of 18 U.S.C. §§ 1956(h) and 1957 (ECF No. 440).  Thereafter, on July 14, 2021, Mr. Urdaneta entered into a written plea agreement with the U.S. Attorney's Office (ECF No. 447).

4. Mr. Urdaneta's original sentencing hearing was scheduled for September 24,

2021.

5.	On August 9, 2021, Mr. Urdaneta filed an unopposed motion for continuance of sentencing based on his ongoing cooperation with the U.S. government with respect to international investigations (ECF No. 464).  The Court granted this motion the same day and set his sentencing hearing for March 25, 2022 (ECF No. 465).

6.	On February 10, 2022, Mr. Urdaneta filed a second, and expectedly final, motion for continuance of sentencing based on his ongoing cooperation with domestic and foreign government agencies related to international investigations, as well as difficulties in meeting with and preparing international witnesses for the hearing, for 90 days until the week of June 22, 2022 (ECF No. 540).  The Court granted in part and denied in part this motion on the same day and set his sentencing hearing for May 20, 2022 (ECF No. 541).

7.	On March 5, 2022, Mr. Urdaneta filed a motion for continuance of sentencing based upon the date of the sentencing hearing conflicting with Mr. Urdaneta's son's high school graduation, for one week or until on or about May 27, 2022 (ECF No. 561).  The Court granted this motion on March 10, 2022 and set the sentencing hearing for May 27, 2022 (ECF No. 569).

8.	On March 28, 2022, the Court issued a re-notice of the sentencing hearing, and reset the hearing date for June 2, 2022 (ECF No. 583).

9.	While the parties are preparing diligently for the sentencing hearing, the undersigned and the Government are actively conferring with respect to certain assets and/or interests held by Mr. Urdaneta as further detailed in the Presentence Investigation Report prepared by the United States Probation Office (the "PSR"), and would respectfully submit that a brief continuance of the sentencing hearing for no more than two weeks, or until on or about June 15, 2022, would materially assist in resolving any pending forfeiture matters in advance of

sentencing.

10. After having conferred with the United States concerning this motion, while the United States prefers to have the asset and asset forfeiture issues resolved prior to sentencing, including completion of its analysis of the disclosures underlying the PSR, the United States and undersigned of course defer to the Court on the issue of whether or not the motion should be granted.

11. Based on the foregoing, Mr. Urdaneta filed a motion for continuance of sentencing on May 25, 2022, seeking a continuance until June 16, 2022 (ECF No. 600). On May 26, 2022, this Court granted the motion, ordering a June 10, 2022, sentencing date (ECF No. 601). Unfortunately, undersigned counsel for Mr. Urdaneta has an immovable conflict on this date, so this Amended Motion for Continuance—which is entirely the same in substance as the prior Motion for Continuance—adds dates of conflict for undersigned counsel for this Court's consideration.

12. Undersigned counsel of Mr. Urdaneta respectfully submits the following dates of unavailability: (i) June 6-10, 2022, based on a conflict arising from an international arbitration taking place in Singapore; and (ii) June 17 and June 20-24, 2022, based on personal and business conflicts, which require counsel to be in Brazil on those dates.

13. Undersigned counsel has conferred with the United States and the United States indicated unavailability the following dates: (i) June 6-14, 2022; (ii) June 16-17, 2022; and (iii) June 24, 2022.

14. Accordingly, Mr. Urdaneta respectfully requests a brief continuance of his sentencing hearing until on or about June 15, 2022.

15. A proposed order is attached for the Court's convenience.

WHEREFORE, Defendant Carmelo Urdaneta Aqui respectfully requests that this Honorable Court grant this Motion for Continuance of Sentencing and continue his sentencing hearing until on or about June 15, 2022.

Dated: May 26, 2022                                          Respectfully submitted,

**KOBRE & KIM LLP**

/s/ Victoria R. Morris
Victoria R. Morris, Esq.
Florida Bar No. 125272
Victoria.Morris@kobrekim.com
201 South Biscayne Blvd.
Suite 1900
Miami, FL  33131
Tel: +1 305 967 6100
Fax: +1 305 967 6120

Robin Rathmell, Esq. (*pro hac vice*)
Robin.Rathmell@kobrekim.com
1919 M Street, NW
Washington, DC 20036
Tel. +1 202 664 1900
Fax. +1 202 664 1920

Martin De Luca, Esq. (*pro hac vice*)
Martin.DeLuca@kobrekim.com
New York Bar No. 4894986
800 Third Avenue
New York, New York 10022
Tel.: +1 212 488 1200
Fax: +1 212 488 1220

## **CERTIFICATE OF SERVICE**

I, Victoria R. Morris, hereby certify that on May 26, 2022, this document was delivered to all counsel of record via email.

/s/ Victoria R. Morris
Victoria R. Morris