UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:18-cr-20685-KMW

UNITED STATES OF AMERICA

v.

CARMELO URDANETA AQUI,

      Defendant.
_____/

## ORDER GRANTING AMENDED MOTION
## FOR CONTINUANCE OF SENTENCING

THIS CAUSE is before the Court on Defendant Carmelo Antonio Urdaneta Aqui's Motion for Continuance of Sentencing. This Court having considered the Motion, it is hereby

ORDERED and ADJUDGED that:

The Motion is GRANTED. The Defendant's sentencing hearing shall be continued until June 15, 2022 at 4:00 p.m.

DONE AND ORDERED in Chambers at Miami, Florida this 3rd day of June, 2022.

                    KATHLEEN M. WILLIAMS
                    UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record