UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   1:18-cr-20685-KMW

UNITED STATES OF AMERICA

v.

CARMELO URDANETA AQUI

Defendant.
_____/

**DEFENDANT CARMELO ANTONIO URDANETA AQUI'S
NOTICE CONCERNING SENTENCING HEARING**

Defendant CARMELO ANTONIO URDANETA AQUI ("Defendant" or "Mr. Urdaneta"), by and through undersigned counsel, respectfully submits this Notice Concerning Sentencing Hearing.

1. Mr. Urdaneta is presently scheduled to be sentenced on June 15, 2022, at 4:00 p.m. (*see* ECF No. 603).

2. In consideration of the current sentencing date of June 15, 2022, undersigned counsel submits this Notice pursuant to Local Rule 88.8(b).

3. Undersigned counsel met and conferred with the Government on May 25, 2022 concerning the sentencing hearing.

4. Undersigned counsel informed the Government during their conference that Mr. Urdaneta intends to call three witnesses at the sentencing hearing for brief testimony.

5. Given that schedule, the Government and undersigned counsel agreed that the

sentencing hearing would take more than one hour and estimate it will take approximately one and a half hours.

| | |
|---|---|
| Dated: June 10, 2022 | Respectfully submitted, |

**KOBRE & KIM LLP**

/s/ Victoria R. Morris
Victoria R. Morris, Esq.
Florida Bar No. 125272
Victoria.Morris@kobrekim.com
201 South Biscayne Blvd.
Suite 1900
Miami, FL  33131
Tel: +1 305 967 6100
Fax: +1 305 967 6120

Robin Rathmell, Esq. (*pro hac vice*)
Robin.Rathmell@kobrekim.com
1919 M Street, NW
Washington, DC 20036
Tel. +1 202 664 1900
Fax. +1 202 664 1920

Martin De Luca, Esq. (*pro hac vice*)
Martin.DeLuca@kobrekim.com
New York Bar No. 4894986
800 Third Avenue
New York, New York 10022
Tel.: +1 212 488 1200
Fax: +1 212 488 1220

## CERTIFICATE OF SERVICE

I, Victoria R. Morris, hereby certify that on June 10, 2022, this document was delivered to all counsel of record and U.S. Probation Officer Vanessa Pulido via email.

/s/ Victoria R. Morris
Victoria R. Morris