# EXHIBIT D

Honorable Judge Kathleen Williams
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue
Room 11-3
Miami, Florida 33128

05/30/2022

Dear Honorable Judge Williams,

Talking about my life partner and the father of my children was not in my plans, but I hope to be able to convey in a few lines who Carmelo is and who we are as a family. We were teenagers when we met and began to prepare ourselves with the best disposition to face life together, which years later we would seal with our marriage and our children. It would be very long to explain so many details in such a short time, so I will use a few adjectives to summarize the person with whom I decided to build my life .

Carmelo my friend, partner, husband, father of my children. Quiet, Simple, Responsible, Intelligent, Advisor, Protector, Cheerful. This is how I met him. Fate united us in a classroom of the University (we shared a classroom since it was organized by the first letter of our surnames - the letter "U"); there our story begins.

We stopped being teenagers and became adults together. We promised to support each other; although we were never alone and always had the blessing of two families that coincidentally came from a similar foundation and were structured in very similar ways. Even our minor family differences strengthened our union.

Carmelo has the gift of knowing how to be united when circumstances are complicated, forgets his own interests to satisfy those in need, and treats his time as being for everyone. Fatigue, fear, and selfishness do not exist in him when it comes to helping. He is a true example for our entire family, which today has a broken heart because he is that piece that unites us and understands us all with our defects. He bring all of us joy with a unique ease.

Carmelo and I are parents of three children: Claret Emilia, who we lost at the time of birth here in the Miami in 2002; Carmelo Andrés, who today is preparing to start his studies at the University of Tampa; and Camila, who is still studying in High School in Miami. Additionally, we have a son gifted to us by life, José Gregorio - who we received, along with his mother, in our home, before he turned one year old. He was the victim of discrimination because of the color of his skin, and his mother was abandoned by her partner, so we welcomed them both into our home and lives. It was a challenge and experience for both of us. We gave love, education, and protection to that helpless baby and his mother. We served as parents for him and became his godparents. He is currently 23 years old and graduated as a technician in mechanical engineering. We continue to be in contact with them, ensuring for their well-being and needs, while our children love him as a brother.

Carmelo evolved in a laborious world, participating even at a young age with his parents and brothers in family businesses (livestock farms, pigs, poultry, trout, shrimp, mushrooms, television stations, textile factories, etc.). But Carmelo was not satisfied with living only from his family's businesses; he 

always dreamed of writing his own history. We lived in the United States during the years 1995 and 1996, studying the English language. He was awarded a scholarship by the United Nations to work and continue his training in Switzerland, before the World Trade Organization; he studied his post-graduate degree in Administrative Law; he participated in numerous courses throughout his career as a lawyer; and studied Introduction to American Law in 1996 at Georgetown University in Washington, DC.  I've always been so proud of him.

At a young age he worked in three different Venezuelan governments, which were all very different from each other, which was a difficult task. But he proved to be a capable and responsible person. Carmelo did not have a set schedule, often compromising his health. He was not allowed to rest.

Our children at a young age have managed to move forward with their successes, despite their multiple questions and fears. They have been persecuted, threatened, and are often victims of discrimination. They had to immigrate – a great difficulty added to the aggravating factor of not having the opportunity to plan and assimilate to so many sudden changes –waking up in countries with different cultures, languages, and beliefs, and the constant stress of starting over. We were victims of defamation and threats that compromised our psychological well-being. It took a lot of effort for our family to avoid falling into feelings of hatred and to maintain our joy and hope of starting over as a family.

Today, our children are teenagers, with clear goals and opinions and are proud to stand by their father who has been sincere from day one. Carmelo assumed responsibility for his action and mistakes, without hesitation, and showed his repentance, asking for forgiveness and hoping that this nightmare of so many years at some point ends.

Carmelo Andrés has a close relationship with his father, his male role model and his guide. He is the model father for our daughter Camila. He enjoys seeing her intense dedication and commitment to her studies and all of the projects she embarks on, always insisting until she achieves her goals. It is beautiful to see those happy faces when they are with their father. My children admire their dad for his courage to recognize his mistakes and to show his face and make himself available to justice.

Carmelo and I both agree that education is the basis of society, and that education of children is the work of two. Undoubtedly, the love of one parent can never be replaced by the other. We experienced this firsthand as a family for almost two years when we were abruptly separated, without goodbyes, in the blink of an eye. We all faced despair, restlessness, uncertainty, loneliness in not being able to communicate as a family, fear in fleeing a violent regime, coupled with the arrival of COVID, which increased the intensity of this anguish, devastating separation, and fear for our lives. We have been subjected to very high and permanent stress and feelings of being constantly watched. When my husband told me his intentions to leave Venezuela, he did so in a very discreet way out of fear of being recorded - his life was in danger. This only increased my stress. I just had to trust God.

I began to pack clandestinely. I feared that if someone realized that we were leaving the country, they would alert the Venezuelan government, and Carmelo's life would be in danger. Of course, it was not an easy task to pack up my family's life in a very discreet way. I was panicked but tried to involve my son as little as possible. But because he is the oldest and we always had excellent communication, he was  aware of the whole process and lived very difficult moments as he was my support in those times of uncertainty.

Carmelo's departure and our inability to communicate with each other was extremely difficult to me and our family. Every minute that passed without speaking with Carmelo was devastating. I knew that a mistake would cost him his life, but there was no way to know if he was safe. Our transfer to the United States was full of uncertainty.  My exhaustion only grew in my great anguish, only my faith kept me alive in that sea of unanswered questions. Carmelo eventually arrived accompanied by one of his lawyers. He was dirty, smelly, and tired, but it was one of the happiest moments of my life.

Finally, the days have passed in a constant attempt to understand this situation, with brief moments of calm. Banished from our country without being able to leave this new country, it has been years without being able to have peace. We have faced immeasurable stress in trying to bring my father, who also suffered great retaliation in Venezuela despite his advanced age, to the United States, and do not know what we will do once our Venezuelan passports expire.

In short, Carmelo is a brave man. His life was in danger but his love as a father, husband, and son, and his desire to face his responsibilities, show true repentance, ask for forgiveness and clemency is stronger than his fear. I feel like I'm in intensive care, life is escaping me, and I don't understand life without him by my side. Our kids need him and his health is extremely fragile.

Your Honor, I would like to ask you to consider in your decision all these values that are part of how Carmelo invested his time, offering his helping hands, love, and dedication when it was within his reach. I can proudly say, Carmelo: we are fortunate to have you in our lives, your family suffers alongside you. We know you made a mistake, but you also had the courage to face them. Thank you for not thinking only of yourself, but of all of us and not taking that evasive and cowardly path, nor evading your guilt.

An integral man is not a coward. Thank you for your honesty and for being an example for our family. Carmelo Antonio, thank you for being in our lives and all your family's lives today more than ever. We are a chain that will carry your name high and with great pride. Finally, I want to express to Carmelo Antonio my deep admiration, love, joy, in my name and all your family and friends who are very sad and affected. I want you to know that we are with you. May God bless you always and may you continue to exchange hopelessness for hope to all those around you.

Sincerely,

Zenaida Claret Urbano-Taylor Romero
786 477 0582
zenaidaurbano@hotmail.com