# EXHIBIT H

**KATHLEEN M. WILLIAMS**
Judge for the Southern District of Florida
United States Court
400 North Miami Avenue
Miami, Florida.

Dear Judge Williams,

It is difficult to summarize my relationship with the Urdaneta family in so few pages, since it is like counting half the time that God has allowed me to live. I met the Urdaneta brothers, including Carmelo, in 1990 while doing work for his family's business. From the beginning, Carmelo showed openness, familiarity, and camaraderie. In 1992, I gained the trust of Carmelo's father, Mr. Jorge Alberto Urdaneta Galue, and took on a more demanding job under his guidance and support at all times.

After three years, the Urdaneta family made me one of their own, without harshness from the brothers or their mother, and I moved into their apartment in Caracas. Carmelo was studying at the Santa Maria University at the time, and we shared many fond memories together and with his wife Zenaida Claret Urbano-Taylor Romero, who, along with Carmelo's family, received me with affection.

Carmelo was actively involved with his family businesses and would sometimes come to the farm with his father to see the progress and various ongoing projects. He always met with and cared about ready to meet the needs of the workers, employees, and managers. Every time we met, he expressed his desire to address the needs of the community and also the protection, conservation and reforestation of the environment.

During these years with Carmelo's family, I traveled to their hometown, the city of Maracaibo, on many occasions. I spent Christmases and other festivities with the Urdaneta family in Maracaibo. Carmelo and his family always made me feel like I belonged. I am eternally grateful for the affection and support Carmelo and his family gave me for those years.

In 1995, Carmelo Antonio, with the consent of the Urdaneta family, invited me to spend Christmas in the United States. It was a dream come true. I grew in so many ways by being part of this family.

I have always considered, and my family knows and understands, that the Urdaneta Family is my other family that God gave me in life. I consider Carmelo Antonio as a brother, who has been there for me in the most difficult moments of my life and has supported me endlessly. The same is true about Carmelo's brothers Jorge Alberto, Luis Augusto and Lewis Lionel, as well as his parents, who were like my parents, Jorge Alberto and Sonia Cecilia.

Not only did Carmelo's family treat me with kindness and respect, but so did Carmelo's wife Zenaida Claret's family.

When I stopped working for the Urdaneta family in 2005 in order to focus on my family, they were kind, understanding, and told me that I could always return to the business. Carmelo Antonio supported me in my decision and told me that I could continue providing my services in a smaller

1

way and would still have his support. Even after I stopped working for the family, Carmelo and I remained very close.

One day, Carmelo called me and explained that he needed me to accompany him from the city of Caracas to the border with Colombia because he needed to leave the country. I agreed, but did not understanding what awaited us on the journey. Two of our tires burst enroute because of the terrible road conditions, leaving us stranded in an unsafe area without phone service. Because of Carmelo, we were able to eventually get help and repaired the tires. We then faced many issues at the various checkpoints to the border. At one stop, they almost did not let us pass and required a payment for us to pass. We stayed at a hotel the night before we were to meet someone to help us cross the border. While we were in the hotel, the electricity went out and the police arrived and checked all the rooms and questioned every guest regarding the reason for his stay there. We had to quickly leave the hotel.

In the morning, we finished our dangerous journey, ultimately crossing the border. At various points, we were stopped by civil groups, which required that we make certain payments to continue the journey. Eventually, we made it to Cúcuta in Colombia, where Carmelo and I said goodbye. I have not seen him since. The journey was difficult and dangerous, but was the only way for Carmelo to leave and make things right.

Your Honor, Carmelo is an admirable and good man. Please consider his treatment of me and his family in his sentence, as well as his dangerous journey he had to take to get here today.

Respectfully submitted,

Javier *[last name removed for safety of witness]*

*[signature]*
06/02/2022
+58 414 9416166