# EXHIBIT I

[Archdiocese of Maracaibo – Ntra. Sra. Del Carmen Church]                    Maracaibo, May 10, 2022.

**KOBRE & KIM**
201 South Biscayne Boulevard, Suite 1900
Miami, Florida.

**KATHLEEN M. WILLIAMS**
Judge for the Southern District of Florida
United States Court
400 North Miami Avenue
Miami, Florida.



> *"Therefore judge nothing before the appointed time; wait until the Lord comes. He will bring to light what is hidden in darkness and will expose the motives of the heart"*
> **1 Co. 4, 5**

## I INTRODUCE MYSELF:

I am Presbyter **ELEUTERIO SEGUNDO CUEVA PEREIRA.** I am Venezuelan, and the bearer of I.D. No. 4.151.500. I graduated in Ecclesiastical Sciences and Theology from Santa Rosa de Lima University, of the Interdiocesan Seminary of Caracas. In my 40-year career path at the Pastoral Ministry, I have been Professor of the Chair of Liturgy of the Theology Institute for Laics (ITEPAL) and of the Major Archdiocesan Seminary Santo Tomas de Aquino. I also held the position of General Director of the Institute of Singing Children of the Zulia State. I have worked as Parish Priest of the San Juan Bautista Church in Urbanization San Francisco; similarly, in the Buen Pastor Church in Urbanization Cuatricentenario; and also in the Nuestra Sra. de La Candelaria Church in Urbanization San Jacinto, and the Nuestra Sra. De Chiquinquira and San Juan De Dios Basilica Churches. I was Chaplain of the San Francisco and Maracaibo's Maternal and Child Hospitals, as well as the Coquivacoa Parish Church of the Hospital Dr. Adolfo Pons. Also, for the Homonymous Parish Church of the Chiquinquira Hospital.

I am currently working as a Parish Administrator of the ECLESIASTIC PARISH CHURCH NUESTRA SEÑORA DEL CARMEN, of the Andres Eloy Blanco neighborhood; Gallo Verde Sector. Cecilio Acosta Parish Church of Maracaibo, Zulia State. Registered with number: J-30314520-5 at the Tax Information Registry. And, therefore, my residence is in the Metropolitan Areas of the City of Maracaibo.

## I DECLARE:

a) That I will speak the truth and that my testimony is based on what my understanding and memories allow.

b) That my testimony is free of any influence, motivation or external circumstance that could affect my conscience, convictions, or personal life criteria.

c) That it is a strictly moral duty what moves me to give this testimony, based on my opportunity to contribute to the search for the administration of justice, especially where the scope of facts and motivations is attempted to be discerned.

**THEREFORE:**

1). I express that I am pleased to know Professor **JORGE ALBERTO URDANETA GALÜÉ**, a man from Maracaibo. Professor emeritus of the University of Zulia, he was elected Dean of the Faculty of Agronomy at the age of 31, during the period from 1975 to 1978, a great agricultural entrepreneur, also in the field of sportswear manufacturing. He was the founder of the Pepper company. A flawless man, fair, and with a respectable honorability.

2). His wife: **SONIA AQÜI DE URDANETA**, born in the Oil Fields of the Lago Eastern Coast of the State of Zulia State (Venezuela); with whom he formed a family with solid foundations in humility, faith, and commitment to social work.

3). In this manner, I can testify about the members of his family, especially about his eldest son, whom I had the opportunity to know extensively, both professionally and personally. I can attest that he is a professional and an upright man, dedicated to his low-income patients, and personally oriented towards social work that help the common good, for which I can give confirmation of:

4) **JORGE ALBERTO URDANETA AQÜI,** born in Maracaibo on October 28, 1969, currently residing in Miami (USA), remarried, has 4 children. Medical professional with two Postgraduate degrees; one in Gynecology and Obstetrics, and another one in Health Administration, and with a diploma in Education, former professor in the University of Zulia. I have known him for more than thirty-one years, we shared work at the Dr. Adolfo Pons (IVSS) Hospital, where he had to deal with the financial limitations of his patients, healing, saving, and bringing new children to life. He enjoys of the recognition and respect of hispatients, and of his own colleagues.

5) **LUÍS AUGUSTO URDANETA AQÜI,** born in Maracaibo and currently residing in Miami (USA), single and with no children. He has a great entrepreneurial spirit and business initiatives in Maracaibo and the east of the country (Maturin), and the center (Caracas) of Venezuela.

6) **CARMELO ANTONIO URDANETA AQÜI,** born in Maracaibo on October 12, 1974 and currently residing in Miami (USA), married with two children. Lawyer with Postgraduate studies in Administrative Law. In several opportunities, he extended his expertise in a generous and selfless manner for the review of documents and contracts that allowed for the launching and consolidation of charitable and non-profit organizations.

In recent years, he has been collaborating with the Basilica of Nuestra Sra. De Chiquinquirá and was of great support in legal advice, among other works, during the time I was in charge of the temple, and now, more closely in the Center of Missionary Attention "San Francisco de Asis," Lo de Dora sector, in the Jesus Enrique Lossada Municipality.

Through his closeness to the Church, Carmelo has achieved successful negotiations to obtain economic contributions for the San Juan de Dios Hospitaller Order, and for the regents of the Children's hospital of the same, eponymous in the city of Caracas. At that time, Brother Valentin Moreno Bello was its General Director. On that occasion, the municipality intended to expropriate (without paying) of a building owned by the Children's Hospital, and the assistance and support that both provided allowed not only to reverse the order of the Municipal Executives, but, on the contrary, managed to obtain an important monetary contribution for the Hospital. All that effort was selflessly done together with his father, no one received a monetary or financial compensation.

This speaks out of a person who fights for noble causes, a man who is generous to the needs of people, a social fighter who knows how to harmonize family and social responsibilities that dignify people, the human being, always thinking of others, the unprotected, the needy, joining efforts to achieve the well-being of those who do not have resources or economic limitations.

7) **LEWIS LIONEL URDANETA AQÜI**, born in Maracaibo and currently residing in Panama, remarried and with three children. Graduated in Business Administration.

8) I declare that the members of the **URDANETA-AQÜI FAMILY**, are very devout people in their Christian faith, helpful and attentive, cordial and polite, generous and of respectful manners, demanding and upright in the fulfillment in their commitments and duties, both public and private, always showing behaviors that are attached to the fundamental principles, of social coexistence, for which they have earned the respect and consideration of those around them.

I attest to everything described above, as written.

[Signature & Seal]
Presbyter Eleutrerio Segundo Cueva Pereira
+58 414-3615185




Pbro. Lcdo. Danilo Humberto Calderón Matheus.
Canciller - Secretario.
Reg. NC N° 35-03.

Andrés Eloy Blanco Neighborhood, gallo Verde sector. Sabaneta. Maracaibo. Zulia State. Venezuela. South America.