# EXHIBIT J

Altagracia de Orituco, abril 2020

Para: Dr. Carmelo Urdaneta
De: ONG Fundación "Los Nuecesitos Blancos"
Asunto: Agradecimientos.

Reciba un fuerte y caluroso abrazo, gusto en saludarle, esperando que usted y su familia se encuentren bien, le informamos por medio de la presente que gracias a su aporte realizamos una jornada (entrega de 100 arepas de carne mechada y queso llanero, con su bebida) en el Hospital Dr. José Francisco Torrealba, Altagracia de Orituco, actividad que realizamos en honor a los médicos, enfermeras, personal administrativo y obrero del hospital, con la finalidad de tener un gesto con las personas que más están laborando en esta situación de pandemia que vive la humanidad, así mismo fueron entregadas 40 arepas en el Comando de la Guardia Nacional Bolivariana, igualmente como gesto con los funcionarios por su valiosa colaboración con la comunidad gracitana.

Sin más que hacer referencia, nos despedimos.

_____      _____
Nayla G. Blanco G.                    María José Blanco G.
Presidenta                            Vicepresidenta

Anexo: fotos de la actividad en el Hospital Dr. José Francisco Torrealba

  

Altagracia de Orituco, agosto de 2019

Apreciado Dr. Carmelo Urdaneta
Presente.-

Un placer saludarlo una vez más, como ya es costumbre le informamos que gracias a su valioso aporte, esta vez los beneficiados fueron los niños de la Escuela de Baloncesto "Titanes del Orituco" escuela que hace vida en la Cancha del Sector "Los Güires". Con su aporte y con el apoyo de la Fundación Derek Manaure, se entregaron equipos deportivos y se realizó una clínica de baloncesto a los niños, contamos con la presencia de cantantes de música urbana y grupo de tambor, la actividad una vez más superó las expectativas de los presentes y de los beneficiados.

Sin más, nos despedimos agradecidas.

_____
Nayla G. Blanco G.
Presidenta

_____
María José Blanco G.
Vicepresidenta

Anexo: Imágenes de la actividad




Altagracia de Orituco, agosto 2016

Estimado Señor Carmelo A. Urdaneta A.
Presente.-

Una vez más nos es grato dirigirnos a usted para informarle sobre la actividad más reciente realizada por nuestra FUNDACIÓN ONG "Los Nuecesitos Blancos", gracias a su valioso aporte realizamos una actividad recreativa a los abuelos del Geriátrico Madre Candelaria, pudiendo alquilar un vehículo (camioneta de pasajeros) y llevar la cantidad de 20 personas de la tercera edad a un paseo por la zona turística Paso Real de Macaira, donde para finalizar el recorrido se les realizó una Sopa y se amenizó la estadía con música venezolana y juegos recreativos.

Sin más a que hacer referencia, me despido, por la Fundación.

*María Blanco*

María José Blanco García
Vicepresidenta

Anexo: Imagen de la actividad



Altagracia de Orituco, septiembre de 2016

Abg. Carmelo Urdaneta
Atención.-

En esta oportunidad nos dirigimos a su persona para notificarle que fue todo un éxito la actividad realizada en la Escuela "Simoncito" donde nuestra fundación, como siempre con su valioso aporte, realizó una jornada de desmalezamiento de las áreas comunes de la escuela y a su vez dimos la bienvenida al nuevo año escolar a los niños del maternal, se les realizó una pequeña fiesta donde compartieron personal administrativo, docente y algunos representantes. Aprovecho la misma para dar en nombre propio y del personal que allí labora las gracias infinitas, ya que siempre está presto a colaborar con nuestras obras sociales.

Sin más a que hacer referencia, nos despedimos.

Nayla Blanco
Presidenta

María Blanco
Vicepresidenta



Anexo: Imágenes de la actividad

Altagracia de Orituco, Febrero 2014

Para: Sr. Carmelo Urdaneta
De: Wladimir Blanco
Presente.-

Me es grato dirigirme a usted una vez más a los fines de agradecer el aporte realizado a nuestra comunidad del Sector "Los Güires", dando respuesta positiva a nuestra solicitud de fecha 30 de enero de 2014, donde se expone la problemática que tenían nuestros deportistas de no contar con una instalación sanitaria adecuada, una vez más le agradecemos y notificamos por este medio, que gracias a su aporte logramos construir un (1) baño en nuestras instalaciones deportivas, y ya que hubo excedente en los recursos aportados, se realizaron unas "Barras Multifuncionales" para los jóvenes de la comunidad en las áreas verdes de la cancha.

Por la comunidad del sector "Los Güires" y en nombre de los deportistas, muchísimas gracias.

Profesor, Wladimir Blanco
Vocero Deportivo

Anexo: Imágenes de lo antes mencionado.






Altagracia de Orituco, septiembre de 2018

Estimado
Abg. Carmelo Urdaneta
Presente.-

Ante todo reciba un cordial saludo, la actividad realizada por la fundación este mes consta de lo siguiente: La actividad realizada llevó acabo el nombre "Diamante Te Quiero"

1) Desmalezamiento de la calle 18 y 19 del Sector El Diamante en su totalidad.
2) Se contrataron los servicios de un camión Cisterna y se llevó casa por casa el vital líquido, parte baja del Diamante.
3) Por último, durante 3 días continuos se realizó una jornada de recolección de desechos sólidos, en toda el área del sector, una actividad que contó con el apoyo de miembros de nuestra fundación, vecinos y voluntarios de la comunidad, labor que decidimos realizar debido a la grave problemática existente en el municipio con respecto a esto.

Agradecidas estamos una vez más con usted, ya que año tras año, contamos con su valioso aporte y así podemos realizar nuestros objetivos.

Sin más,

_[signature]_
NAYLA BLANCO
PRESIDENTA

_[signature]_
MARÍA JOSE BLANCO
VICEPRESIDENTA

Anexo: publicaciones e imágenes publicadas en las redes.

- Desmalezamiento:



- Cisterna:



- Recolección de desechos solidos:

