UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20685-CR-KMW

UNITED STATES OF AMERICA,

vs.

CARMELO ANTONIO URDANETA AQUI,

      **Defendant.**
_____/

**DECLARATION OF PUBLICATION**

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on June 23, 2022, and ending on July 22, 2022.  *See* Exhibit 1.

        Respectfully submitted,

        JUAN ANTONIO GONZALEZ
        UNITED STATES ATTORNEY

By:   *s/ Joshua Paster*
      Joshua Paster
      Assistant United States Attorney
      Court ID No. A5502616
      99 N.E. 4th Street, 7th Floor
      Miami, Florida  33132-2111
      Telephone:  (305) 961-9342
      Facsimile:   (305) 536-4089
      joshua.paster@usdoj.gov