UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:18-cr-20685-KMW-1

UNITED STATES OF AMERICA,

      Plaintiff,

V.

Francisco Convit Guruceaga,

      Defendant.
_____/

## NOTICE OF CHANGE OF LAW FIRM NAME AND ADDRESS

Jorge A. Pérez Santiago, Esq., counsel for interest party Land Trust TH 041117, hereby files this Notice of Change of Law Firm Name and Address in the above-captioned case. All future pleadings, memoranda, correspondence, orders, etc. shall be sent to:

    Jorge A. Pérez Santiago
    Stumphauzer Kolaya Nadler & Sloman, PLLC
    One Biscayne Tower
    2 South Biscayne Boulevard, Suite 1600
    Miami, Florida 33131
    Telephone: (305) 614-1400
    E-mail: jperezsantiago@sknlaw.com

Dated: December 6, 2022          Respectfully Submitted,

                                    **STUMPHAUZER KOLAYA NADLER & SLOMAN, PLLC**
                                    Two South Biscayne Boulevard, Suite 1600
                                    Miami, Florida 33131
                                    Tel.: (305) 614-1400
                                    Fax: (305) 614-1425

                                    By: */s/ Jorge Pérez Santiago*
                                    JORGE A. PÉREZ SANTIAGO
                                    Florida Bar No. 91915
                                    jperezsantiago@sknlaw.com

## CERTIFICATE OF SERVICE

Case No.: 1:18-cr-20685-KMW

I HEREBY CERTIFY that on December 6, 2022, I filed the foregoing document on CM/ECF causing a copy to be served on all counsel of record via electronic mail.

*/s/ Jorge Pérez Santiago*
JORGE PÉREZ SANTIAGO