UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:18-cr-20685-KMW-1

UNITED STATES OF AMERICA,

      Plaintiff,

V.

Francisco Convit Guruceaga,

      Defendant.

_____/

**NOTICE OF STRIKING DOCKET ENTRY 640**

Pursuant to Clerk's Notice to Filer (D.E. 641), undersigned counsel hereby gives notice of striking the Notice of Change of Law Firm Name and Address (D.E. 640) because the wrong CM/ECF even was selected upon filing.

Dated: December 7, 2022                          Respectfully Submitted,

                                                                        **STUMPHAUZER KOLAYA NADLER &**
                                                                             **SLOMAN, PLLC**
                                                                             Two South Biscayne Boulevard, Suite 1600
                                                                             Miami, Florida 33131
                                                                             Tel.: (305) 614-1400
                                                                             Fax: (305) 614-1425

                                                                             By: */s/ Jorge Pérez Santiago*
                                                                             JORGE A. PÉREZ SANTIAGO
                                                                             Florida Bar No. 91915
                                                                             jperezsantiago@sknlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 7, 2022, I filed the foregoing document on CM/ECF causing a copy to be served on all counsel of record via electronic mail.

                                                                                   */s/ Jorge Pérez Santiago*
                                                                                     JORGE PÉREZ SANTIAGO