UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:18-cr-20685-KMW-1

UNITED STATES OF AMERICA,

      Plaintiff,

V.

Francisco Convit Guruceaga,

      Defendant.
_____/

**NOTICE OF CHANGE OF LAW FIRM NAME AND ADDRESS**

Jorge A. Pérez Santiago, Esq., counsel for interest party Land Trust TH 041117, hereby files this Notice of Change of Law Firm Name and Address in the above-captioned case. All future pleadings, memoranda, correspondence, orders, etc. shall be sent to:

> Jorge A. Pérez Santiago
> Stumphauzer Kolaya Nadler & Sloman, PLLC
> One Biscayne Tower
> 2 South Biscayne Boulevard, Suite 1600
> Miami, Florida 33131
> Telephone: (305) 614-1400
> E-mail: jperezsantiago@sknlaw.com

Dated: December 7, 2022                Respectfully Submitted,

                                            **STUMPHAUZER KOLAYA NADLER & SLOMAN, PLLC**
                                            Two South Biscayne Boulevard, Suite 1600
                                            Miami, Florida 33131
                                            Tel.: (305) 614-1400
                                            Fax: (305) 614-1425

                                            By: */s/ Jorge Pérez Santiago*
                                            JORGE A. PÉREZ SANTIAGO
                                            Florida Bar No. 91915
                                            jperezsantiago@sknlaw.com

Case No.: 1:18-cr-20685-KMW

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 7, 2022, I filed the foregoing document on CM/ECF causing a copy to be served on all counsel of record via electronic mail.

*/s/ Jorge Pérez Santiago*
JORGE PÉREZ SANTIAGO