CFN: 20230185458 BOOK 33629 PAGE 1003
DATE:03/20/2023 09:32:54 AM
LUIS G. MONTALDO, CLERK AD INTERIM
MIAMI-DADE COUNTY, FL

JP:jmr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20685-CR-KMW(s)(s)

UNITED STATES OF AMERICA

        vs.

FRANCISCO CONVIT GURUCEAGA, et al.,

        Defendants.
_____/

**<u>RELEASE OF LIS PENDENS</u>**

GRANTEE: Silvia Real Estate Management, LLC, a Florida limited liability company.

TO:    ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER EITHER THE DEFENDANT AND/OR GRANTEE any interest in the real property described herein.

NOTICE IS HEREBY GIVEN that a Renewal of Notice of *Lis Pendens* recorded in Mami-Dade County Recorder's Office on September 25, 2020, in Official Record Book 32115, Page 1957 of the Public Records of Miami-Dade County, CFN: 20200544457, Florida, giving notice of the pendency of forfeiture proceedings in the above-referenced case is hereby **released and discharged**. The property affected by this release is located at **225 27th Street, Apt. A, Miami, Florida 33140**, more particularly described as:

> Condominium Unit No. A, of SILVIA CONDOMINIUM, a Condominium, according to the Declaration of Condominium thereof, as recorded in Official Records Book 28211, at Page 2358, re-recorded in Official Records Book 28355, at Page 3575, all of the Public Records of Miami-Dade County, Florida; together with an undivided its undivided share in the common elements appurtenant thereto.
>
> Subject to covenants, Declaration of Condominium of Silvia Condominium, easements and restrictions of record, existing zoning and governmental regulations; which shall serve to reimpose the same, and taxes subsequent to December 31, 2015.

Information concerning this action may be obtained from the records of the Clerk of Court for the United States District Court at Miami, Florida.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: _____
Joshua Paster
Assistant United States Attorney
Court ID No. A5502616
99 N.E. 4th Street, 7th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9342
Facsimile: (305) 536-4089
joshua.paster@usdoj.gov