UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CR-20685-WILLIAMS(s)(s)

UNITED STATES OF AMERICA

v.

CARMELO ANTONIO URDANETA AQUI,

    Defendant.

MINORCA 704 LLC,

    Third-Party Petitioner.

## ORDER

THIS CAUSE is before the Court upon motion of the United States of America for approval of a stipulation and settlement agreement between the United States and Minorca 704 LLC ("Minorca") ("Motion"). Being fully advised in the premises and based on the United States' Motion and record in this matter, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. The United States' Motion is **GRANTED**.

2. The Stipulation and Settlement Agreement on Real Property Located at 2030 Douglas Road, Unit 704, Coral Gables, Florida 33134, entered into between the United States and Minorca (attached as Exhibit 1 to the Motion) is **APPROVED**.

3. The Court will retain jurisdiction over this matter and the Parties to enter such further orders as may be necessary.

**DONE AND ORDERED**, in Chambers, at Miami, Florida this _____ day of May 2023.

                                                      _____
                                                      HON. KATHLEEN M. WILLIAMS
                                                      UNITED STATES DISTRICT JUDGE