UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-20685-CR-WILLIAMS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GUSTAVO HERNANDEZ FRIERI,

    Defendant.

_____/

### ORDER

**THIS MATTER** is before the Court on the Parties' Joint Notice Concerning the Stipulation for Settlement Agreement and Request to Stay Proceedings Pending Final Settlement (DE 689) ("***Notice***"). In the Notice, the Parties state that they have reached a tentative stipulation for settlement of all ancillary claims by the Third-Party Petitioners and request that further action with regard to these ancillary claims be stayed pending final approval of the settlement. Upon review of the Notice and the record, it is **ORDERED AND ADJUDGED** that all action with regard to the ancillary claims of these Third-Party Petitioners is **STAYED** pending final approval of the global settlement referenced in the Notice (DE 689). The Parties shall file a joint status report on or before September 5, 2023 advising the Court as to the settlement efforts.

**DONE AND ORDERED** in Chambers in Miami, Florida on this 7th day of July, 2023.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE