UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   1:18-cr-20685-KMW

UNITED STATES OF AMERICA

v.

CARMELO URDANETA AQUI

Defendant.
_____/

**NOTICE OF ATTORNEY CHANGE OF ADDRESS, CONTACT EMAIL, & LAW FIRM**

PLEASE TAKE NOTICE that effective immediately, Scott Curtis Nielson, counsel for Defendant CARMELO URDANETA AQUI, has changed his address, contact email, and law firm as listed below.  All future pleadings, memoranda, correspondence, orders, etc. shall be sent to:

> Scott Curtis Nielson
> snielson@bsfllp.com
> Boies Schiller Flexner LLP
> 100 SE Second Street, Suite 2800
> Miami, Florida, 33131

Please update your records accordingly to reflect this change.

Dated:  November 16, 2023                                  Respectfully submitted,

**KOBRE & KIM LLP**

*/s/ Victoria R. Fordin*
Victoria R. Fordin, Esq.
Florida Bar No. 125272
Victoria.Morris@kobrekim.com
201 South Biscayne Blvd.
Suite 1900
Miami, FL  33131
Tel: +1 305 967 6100
Fax: +1 305 967 6120

2

Michael R. Sherwin, Esq. (*pro hac vice*)
Michael.Sherwin@kobrekim.com
New York Bar No. 4444188
1919 M Street, NW
Washington, DC 20036
Tel.: +1 202 796 5884
Fax: +1 202 664 1920

*Attorneys for Carmelo Urdaneta Aqui*

### CERTIFICATE OF SERVICE

I, Victoria R. Fordin, certify that on November 16, 2023, I electronically filed with the Clerk of Court through the CM/ECF system the foregoing Notice of Attorney Change of Address, Contact Email, & Law Firm, and that service will be accomplished by the CM/ECF system sending notifications of such filing to all counsel of record.

*/s/ Victoria R. Fordin*
Victoria R. Fordin