**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:18-cr-20685-KMW**

UNITED STATES OF AMERICA

v.

CARMELO URDANETA AQUI

Defendant.
_____________________________/

**UNOPPOSED MOTION TO DISCHARGE PERSONAL SURETY BOND AND LIEN AS TO DEFENDANT CARMELO ANTONIO URDANETA AQUI**

Defendant CARMELO ANTONIO URDANETA AQUI ("Mr. Urdaneta"), by and through undersigned counsel, hereby files this Unopposed Motion to Discharge the Personal Surety Bond and Lien (the "Motion") in light of a change in circumstances since bail conditions were first imposed on Mr. Urdaneta in September 2020, and in support thereof states the following:

1. Mr. Urdaneta was charged by Criminal Complaint on July 23, 2018 (ECF No. 3) and later by Indictment on August 16, 2018 (ECF No. 19).

2. As further discussed below, in August 2020, after escaping from Venezuela, Mr. Urdaneta arrived in the United States pursuant to an agreement to cooperate with the Government.

3. On September 4, 2020, the Court imposed the following bail conditions on Mr. Urdaneta after he was arraigned: (1) he would not be permitted to travel outside the Southern District of Florida unless otherwise approved by the Court prior to any such travel; (2) he would not be permitted to change his address without prior notification and approval from his U.S.

Probation Officer or the Court; (3) he would be required to cooperate with law enforcement officers in the collection of a DNA sample; (4) he would not violate any federal, state or local law while on release and if he came into contact with law enforcement he would notify the U.S. Probation Officer within 72 hours; (5) he would surrender all passports and travel documents to Pretrial Services and not obtain any travel documents during the pendency of the case; (6) he would report to Pretrial Services as directed; (7) neither he nor his brother Luis Augusto Urdaneta would sell, pledge, mortgage, hypothecate, encumber, etc., any real property they own, until the bond is discharged, or otherwise modified by the Court; (8) he would not be permitted to visit any commercial transportation establishments; (9) his personal security bond would be collateralized by the following property (collectively, the "Miami-Beach Property"): (i) real property located at 225 27th Street, Apt. A, Miami Beach, Florida 33140, UNITED STATES; and (ii) real property located at 225 27th Street, Apts. B-F, Miami Beach, Florida 33140, UNITED STATES (ECF No. 231; 10) he would be subject to a personal security bond of $1,500,000; and 11) his brother Luis Augusto Urdaneta would also be subject to an individual security bond.

4. On July 12, 2021, Mr. Urdaneta was charged by Superseding Information with one count of Conspiracy to Commit Money Laundering in violation of 18 U.S.C. §§ 1956(h) and 1957 (ECF No. 440). Thereafter, on July 14, 2021, Mr. Urdaneta entered into a written plea agreement with the Government (ECF No. 447).

5. On June 16, 2022, Mr. Urdaneta was sentenced to an imprisonment term of 52 months, with a surrender date of Monday, November 27, 2023 (ECF No. 696).[1]

6. Mr. Urdaneta did not violate any federal, state, or local law while on release nor

[1] Filed under seal.

has he come into contact with law enforcement while on pretrial release.

7. Mr. Urdaneta has surrendered all passports and travel documents to Pretrial Services, and he has not obtained any travel documents during the pendency of the case, as required by his pretrial release conditions (ECF No. 230).

8. Neither Mr. Urdaneta nor his brother Luis Augusto Urdaneta have sold, pledged, mortgaged, hypothecated, encumbered, etc., any real property they own since Mr. Urdaneta has been on pretrial release.

9. Mr. Urdaneta has not visited any commercial transportation establishments while on pretrial release, except for as authorized by this Court pursuant to Mr. Urdaneta's sealed motions to travel.

10. Mr. Urdaneta's personal security bond remains collateralized by the Miami-Beach Property.[2]

11. Mr. Urdaneta voluntarily surrendered to serve his sentence at FCI Miami on November 27, 2023, in compliance with this Court's order (ECF No. 696).[3]

12. Prior to his voluntary surrender, Mr. Urdaneta fully complied with all pretrial release conditions, without incident.

13. Mr. Urdaneta cooperated with law enforcement officers in the collection of a DNA sample, as required by his pretrial release conditions.

14. As of the date of this motion, Mr. Urdaneta has fulfilled all the terms and

[2] On March 15, 2023, the Government filed a notice acknowledging that the United States would not be pursuing forfeiture of the Miami Beach Property, in connection with the receipt of a settlement payment. ECF 663. On March 20, 2023, the Government filed a notice that it was releasing the discharging the *lis pendens* on the Miami-Beach Property. ECF 666-667.

[3] Filed under seal.

conditions of his bond.

15. Undersigned counsel, Assistant United States Attorney Michael Berger and Trial Attorney Paul Hayden have conferred, and the Government does not oppose this Motion.

16. Mr. Urdaneta's counsel conferred with his probation officers, who confirmed that they do not oppose Mr. Urdaneta's request to lift the bond on the Miami-Beach Property.

17. A proposed order is attached for the Court's convenience.

WHEREFORE, Defendant Carmelo Urdaneta Aqui respectfully requests that this Honorable Court grant this Unopposed Motion to Discharge Personal Surety Bond and Lien as to Defendant Carmelo Urdaneta Aqui.

Dated: December 27, 2023

Respectfully submitted,

**KOBRE & KIM LLP**

*/s/ Victoria R. Fordin*
Victoria R. Fordin, Esq.
Florida Bar No. 125272
Victoria.Fordin@kobrekim.com
201 South Biscayne Blvd.
Suite 1900
Miami, FL  33131
Tel: +1 305 967 6100
Fax: +1 305 967 6120

Michael R. Sherwin, Esq. (*pro hac vice*)
Michael.Sherwin@kobrekim.com
New York Bar No. 4444188
1919 M Street, NW
Washington, DC 20036
Tel.: +1 202 796 5884
Fax: +1 202 664 1920

**BOIES SCHILLER FLEXNER LLP**

Martin De Luca, Esq. (*pro hac vice*)
mdeluca@bsfllp.com
New York Bar No. 4894986
100 SE Second Street
Suite 2800
Miami, Florida 33131
Tel.: +1 305 357 8428

Scott C. Nielson, Esq. (*pro hac vice*)
New York Bar No. 5667944
snielson@bsfllp.com
100 SE Second Street
Suite 2800
Miami, Florida 33131
Tel.: +1 305 357 8424

*Attorneys for Carmelo Urdaneta Aqui*

**CERTIFICATE OF SERVICE**

I, Victoria R. Fordin, hereby certify that on December 27, 2023, this document was delivered to all counsel of record via email.

*/s/ Victoria R. Fordin*
Victoria R. Fordin