UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:18-cr-20685-KMW

UNITED STATES OF AMERICA

    Plaintiff,

vs.

CARMELO URDANETA AQUI,

    Defendant.
_____/

## MOTION TO WITHDRAW AS COUNSEL

1. The undersigned counsel for Defendant CARMELO ANTONIO URDANETA AQUI ("Mr. Urdaneta") respectfully requests that the Court enter an order granting Michael Rafi Sherwin leave to withdraw as counsel and discharging him from any further responsibility in the above-captioned action.

2. Michael Sherwin is no longer a partner of Kobre & Kim LLP as of March 19, 2025, and will no longer be serving as counsel to Mr. Urdaneta.

3. E. Martin De Luca and Scott Nielson of Boies Schiller Flexner LLP will continue to represent Mr. Urdaneta. Mr. Urdaneta will have no lapse in counsel.

4. On April 10, 2025, Victoria R. Fordin of Kobre & Kim LLP served notice of Michael Sherwin's intention to withdraw on Mr. Urdaneta through Mr. Urdaneta's counsel and opposing counsel, as required by Local Rule 11.1(d)(3).

5. The undersigned counsel further requests that, upon the granting of this motion, all

pleadings, motions, filings, and other documents be continued to be served on the Defendant at Boies Schiller Flexner LLP, 100 SE Second Street, Suite 2800, Miami, Florida 33131, Attn: E. Martin De Luca.

WHEREFORE, the undersigned counsel respectfully requests that the Court enter an order permitting Michael Rafi Sherwin to withdraw as counsel of record for Defendant.

Dated: April 10, 2025

Respectfully submitted,

**KOBRE & KIM LLP**

By: */s/Victoria R. Fordin*
Victoria R. Fordin, Esq.
Florida Bar No. 125272
Victoria.Fordin@kobrekim.com
201 South Biscayne Boulevard
Suite 1900
Miami, FL 33131
Telephone: (305) 967-6100

*Attorney for Carmelo Urdaneta Aqui*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 10th day of April 2025, I caused the Motion to Withdraw to be served on all counsel of record in the above-captioned case through the Court's electronic filing system.

By: */s/Victoria R. Fordin*
Victoria R. Fordin